UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EPHRIAM LAFATE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO. |
| HONDA FINANCIAL SERVICES d/b/a ) | |
| AMERICAN HONDA FINANCIAL ) | 3:21-CV-0902-G-BH |
| CORPORATION and PAUL C. HONDA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's case will be **DISMISSED** without prejudice *sua sponte* for lack of subject matter jurisdiction.

---

[*] No objections were filed.

**SO ORDERED**.

September 19, 2023.

_____
A. JOE FISH
Senior United States District Judge